# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Lynchburg Division)

| | |
|---|---|
| **V TRUST CARRIERS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: **6:18-cv-00074-NKM** |
| ) | |
| **DENIS ETHIER,** ) | |
| ) | |
| and ) | |
| ) | |
| **PAPINEAU INTERNATIONAL, S.E.C.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the parties, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action (including Plaintiff's Complaint and the Intervenor's Complaint) without prejudice.

/s/
Ismail T. Shahtakhtinski, Esq.
I.S. LAW FIRM, PLLC
3930 Walnut Street, Suite 200
Fairfax, Virginia 22030
ismail@islawfirm.com
*Counsel for Plaintiff V Trust Carriers, Inc.*


/s/
Lindsey A. Lewis, Esq., Va. Bar #73141
llewis@fandpnet.com
FRANKLIN & PROKOPIK, P.C.
5516 Falmouth Street, Suite 203
Richmond, VA 23230
Telephone:   (804) 932-1996
Facsimile:   (804) 403-6007
*Counsel for Defendants Denis Ethier and Papineu International, S.E.C.*

/s/ _____
Sanford A. Friedman, Esq.
Law Office of Sanford Friedman, LLC
1010 Vermont Avenue, N.W., Suite 718
Washington, D.C. 20005
SFriedman@sanfordfriedmanlaw.com
*Counsel for Intervenor Plaintiff*
*National Liability & Fire Insurance Co.*


So approved this _____ day of _____, 2018


                                                                                               _____
                                                                                               Robert S. Ballou
                                                                                               United States Magistrate Judge